IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    PlaintiffS,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
DORAN J. UNSCHULD,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.

## ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY

THIS MATTER comes before the Court on Defendant Illinois Tool Works Inc.'s ("ITW") Motion for Leave to File Instanter a Surreply to Plaintiffs' Motion for Reconsideration of the Court's Dismissal of their CERCLA Section 107 Claim **(#207)**. Having considered the motion and the response thereto, the Court

**FINDS** and **CONCLUDES** that:

Defendant ITW seeks the Court's leave to file a surreply in opposition to the Plaintiffs' motion for reconsideration because the reply advances new arguments based upon two court

rulings, one from the Fifth Circuit and another from the Eastern District of Texas. Because the Court is capable of reading and analyzing the import of both cases, there is no need for additional argument.

**IT IS THEREFORE ORDERED** that the Motion for Leave to File Instanter a Surreply to Plaintiffs' Motion for Reconsideration of the Court's Dismissal of their CERCLA Section 107 Claim **(#207)** is **DENIED**.

Dated this 29th day of June, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge