IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE, *et al.,*

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC., *et al.,*

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant Illinois Tool Works Inc.'s Unopposed Motion for Leave to Amend its Answer to Plaintiff's Second Amended Complaint (filed June 28, 2005, *doc. no. 236*) is **GRANTED**.

Paragraph 59 of Defendant's Answer to Second Amended Complaint (filed May 31, 2005, doc. no. 229) is modified accordingly.

**DATED:**     July 1, 2005