IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    PlaintiffS,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
DORAN J. UNSCHULD,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.
_____

## ORDER GRANTING MOTION TO WITHDRAW
_____

**THIS MATTER** comes before the Court pursuant to Defendant Binks Research and Development Corp.'s Unopposed Motion to Withdraw as Counsel.

The Unopposed Motion to Withdraw as Counsel is **GRANTED**. Wendy J. Shea is permitted to withdraw as counsel of record in this matter.

Dated this 9th day of August, 2005

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge