IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
DORAN J. UNSCHULD,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.

_____

## ORDER DISMISSING DEFENDANT UNSCHULD
_____

**THIS MATTER** comes before the Court pursuant to the parties' Joint Motion to Dismiss Defendant Doran J. Unschuld **(# 259)**.

The Motion is **GRANTED**. All claims by the Plaintiffs against Defendant Unschuld are **DISMISSED** with prejudice, each party to bear its own fees and costs. The caption of this case shall be amended to omit Defendant Unschuld.

Dated this 9th day of August, 2005

                                                        **BY THE COURT:**

                                                        _____
                                                        Marcia S. Krieger
                                                        United States District Judge