IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
DORAN J. UNSCHULD,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.

**ORDER DENYING UNOPPOSED MOTION TO EXCEED PAGE LIMITS (#281)**

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion to Exceed Page Limits for Plaintiffs' Response Briefs to Illinois Tool Works, Inc.'s Motion for Summary Adjudication and to Sames Corporation's and Binks Research and Development Corporation's Motion for Partial Summary Adjudication **(#281)**. Having considered the same, the Court

    **FINDS** and **CONCLUDES** that:

The Plaintiffs seek the Court's permission to exceed the 20-page limit for summary judgment briefs. However, they have not shown that good cause exists to exceed the page limit.

They offer no explanation why their briefs must exceed 20 pages or how many pages are required to sufficiently respond to the summary judgment briefs. Instead, they simply aver that the Court has allowed the Defendants to exceed the page limits on their briefs. This fact alone does not justify a response brief in excess of 20 pages.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Unopposed Motion to Exceed Page Limits **(#281)** is **DENIED**.

Dated this 19th day of September, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge