IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
DORAN J. UNSCHULD,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.

## ORDER DENYING MOTION TO STRIKE (#296)

THIS MATTER comes before the Court on the Plaintiffs' Motion to Strike Illinois Tool Works, Inc.'s Reply Brief as Untimely Filed **(#296)**. Because the Court has denied the summary judgment motion filed by Illinois Tool Works,

**IT IS ORDERED** that the Plaintiffs' Motion to Strike Illinois Tool Works, Inc.'s Reply Brief as Untimely Filed **(#296)** is **DENIED**, as moot.

Dated this 7th day of October, 2005.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge