IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.
_____

**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE PLAINTIFFS FRIEDA E. ENSSLE AND HEIDI ENSSLE WILSON FROM ATTENDANCE AT THE FINAL TRIAL PREPARATION CONFERENCE**
_____

Upon consideration of Plaintiffs' Motion to Excuse Plaintiffs Frieda E. Enssle and Heidi Enssle Wilson from Attendance at the Final Trial Preparation Conference **(#340)**, the Court rules as follows:

Plaintiffs Frieda E. Enssle and Heidi Enssle Wilson are excused from physical attendance at the Final Trial Preparation Conference, scheduled for December 13, 2005, however both shall attend by telephone ( not cell phone or speaker phone) at their own expense. Arrangements shall

be made with Ms. Maureen Nelson, CRD at least one week prior to the hearing.

DATED this 2nd day of December, 2005.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge