IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

      Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

      Defendants.

---

**ORDER DENYING DEFENDANTS SAMES CORPORATION'S AND BINKS RESEARCH & DEVELOPMENT CORPORATION'S MOTION TO EXCUSE ATTENDANCE OF INSURANCE REPRESENTATIVES FROM DECEMBER 13, 2005 TRIAL PREPARATION CONFERENCE**

---

      **THIS MATTER**, having come before the Court, the Court having reviewed the Motion to Excuse Defendants Sames Corporation's and Binks Research and Development Corporation's Motion to Excuse Attendance of Insurance Representatives from December 13, 2005 Trial Preparation Conference **(#342)** and the file, and having considered said Motion, and being fully advised in the premises, the Court hereby:

      **FINDS THAT** no good cause exists for the Motion to Excuse Attendance and **ORDERS** that

said Motion is hereby **DENIED**.

DATED this 9th day of December 2005.

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge