IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.

## ORDER DENYING MOTION TO ALLOW PETER D. BOWES TO APPEAR BY TELEPHONE, AS MOOT

THIS MATTER comes before the Court on the Plaintiffs' Motion to Allow Peter D. Bowes to Attend the January 6, 2006 Continuation Rule 702 Hearing by Telephone **(#357)**. Because the parties have represented to the Court that they have reached a settlement of all claims,

**IT IS ORDERED** that the motion **(#357)** is **DENIED**, as moot.

Dated this 4th day of January, 2006

                                      **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                      Marcia S. Krieger
                                      United States District Judge