IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01291-MSK-CBS

FRIEDA E. ENSSLE,
BURKE E. ENSSLE,
HEIDI ENSSLE WILSON,

    Plaintiffs,

v.

ILLINOIS TOOL WORKS, INC.,
SAMES CORPORATION,
BINKS RESEARCH & DEVELOPMENT CORPORATION,
JOHN DOE/JANE DOE (any person receiving value for transfer of Binks R&D assets),

    Defendants.

## ORDER DENYING UNOPPOSED MOTION
## FOR RECONSIDERATION, AS MOOT

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion for Reconsideration of Entry of Dismissal **(#367)**. They ask the Court to "enlarge the time for filing the settlement agreement and the entry of dismissal up to and including March 6, 2006." Such date has passed.

**IT IS THEREFORE ORDERED** that the motion **(#367)** is **DENIED**, as moot.

Dated this 7th day of March, 2006

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge